UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
PELEUS INSURANCE COMPANY,

                Plaintiff,                Civil Case No.: 1:24-cv-01541

v.

                                          **STIPULATION OF**
                                          **DISCONTINUANCE**
                                          **WITHOUT PREJUDICE**

SOUTHWEST MARINE AND GENERJLM
INSURANCE COMPANY AND RENE
FERNANDO ORELLANA-BACULIMA

                Defendants.
----------------------------------------------------------------x

The undersigned representing all of the parties who have appeared in the above-captioned action hereby stipulate and agree that pursuant to FCRP 41(a)(1)(A)(ii), this action in all respects be discontinued without prejudice, and this Stipulation may be filed with the Court.

It is further stipulated and agreed, that this Stipulation may be filed with the Court without further notice.

Dated: New York, New York
         June 17, 2024

LONDON FISCHER LLP

By: _____
William J. Edwins
Attorneys for Plaintiff
Peleus Insurance Company
59 Maiden Lane, 39th Floor
New York, New York 10038
(212) 972-1000
LF File No.: 417.0567239

KAUFMAN DOLOWICH LLP

By: _____
Eric B. Stern
Attorneys for Defendant
Southwest Marine and General
Insurance Company
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100